UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO 07-16198
  CHAPTER 13

MICHAEL K. THORNTON
MARY A. THORNTON : JUDGE Honorable Burton Perlman
   DEBTORS

: NOTICE OF TRANSMITTAL OF
  UNCLAIMED FUNDS

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917779 | $64.85 |

Creditor(s)
Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

           Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org
      cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 18, 2011.

                                                       /s/    Margaret A. Burks, Esq.
                                                                    Margaret A. Burks, Esq.

| | |
|---|---|
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | Debtor(s) Counsel<br>STEPHEN C. CROWE, ESQ.<br>1019 MAIN STREET<br>MILFORD, OH  45150 |
| Debtor(s)<br>MICHAEL K. THORNTON<br>MARY A. THORNTON<br>1505 ROYAL OAK COURT<br>LOVELAND, OH  45140 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |
| AFNI<br>404 Brock Drive<br>P.O. Box 3097<br>Bloomington, IL 61701 | |